CARL A. SWANSON, Appellant, v. EUGENIA SWENSSON, Individually and as Executrix, etc., of EMMA S. PAINE, Deceased, Defendant, and CHARLES D. MILLARD, Individually and as Executor, etc., of EMMA S. PAINE, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

WILLIAM J. CONNELLY, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— In view of the fact that the Court of. Appeals permitted an appeal in the case of *Danielsen.* v. *Morse Dry Dock & Repair Co.*,* which involves questions very like those in the present case, we.feel that we should grant the application for leave to appeal to the Court of Appeals. Motion granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS V. BARBUTI, Appellant.— Motion denied. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WILLIAM SCRIVENS, Respondent, v. S. W. STEEL & COMPANY, Appellant, and Others, Defendants.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

HELEN J. ALISSANDRATO, Respondent, v. GHERASSIMOS ALISSANDRATO, also Known as JERRY ALISSANDRATO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ARMANDO AMANTI, Respondent, v. V. VIVIANO & BROS. MACARONI MFG. COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

CRATER'S WHARF, INC., Appellant, v. VALVOLINE OIL COMPANY, Respondent.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Seeger at Trial Term. [See 196 N. Y. Supp. 815.] This court reverses the finding of fact made upon the plaintiff's second request, as not supported by the evidence. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

ALFRED J. ENO and JOSEPH M. GRAY, Respondents, v. JOSEPH M. KLEIN, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury that defendant promised to pay plaintiffs a commission was against the weight of evidence, and that the promise, if made, was *nudum pactum.* Blackmar, P. J., Jaycox and Kelby, JJ., concur; Manning and Young, JJ., vote for reversal and a new trial, on the ground that the verdict was against the weight of evidence, but dissent as to the dismissal of the complaint.

LOUIS FREEDMAN, Respondent, v. RUDOLPH TRACY FALK and MALCOLM E. FALK, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HERKIMER, INC., Respondent, v. J. JUSTICE HARMER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.